Cite as 2019 Ark. 242

# SUPREME COURT OF ARKANSAS

| | Opinion Delivered: September 12, 2019 |
|---|---|
| IN RE ARKANSAS SUPREME COURT BOARD OF CERTIFIED COURT REPORTER EXAMINERS | |

**PER CURIAM**

Honorable Brad L. Karren of Bentonville, Circuit Judge, 19th West Judicial Circuit, is reappointed to the Arkansas Supreme Court Board of Certified Court Reporter Examiners for a three-year term expiring on September 15, 2022. The court thanks him for his continued willingness to serve on this important board.